# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1107
Lower Tribunal No. 23-136230-CC-05
_____

**Greenbuild Construction Co.,**
Appellant,

vs.

**Jean Richard Desrouleaux, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Alain Lecusay, P.A., and Alain Lecusay, for appellant.

Jeffrey S. Greenhaus, P.A., and Jeffrey S. Greenhaus, for appellees.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See Skylink Jets, Inc. v. Klukan, 308 So. 3d 1048, 1051 (Fla.

4th DCA 2020) (stating that "[t]he trial court has broad discretion to determine which party prevailed in the litigation" for attorney's fees purposes); Sidlow v. Bowles Custom Pool & Spas, Inc., 32 So. 3d 722, 722 (Fla. 5th DCA 2010) ("The trial court has broad discretion to determine which party prevailed on the significant issues in the litigation.").